

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### No. PD-1118-09

**JESSE AROCHA, Appellant**

**v.**

**THE STATE OF TEXAS**

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
## IN CAUSE NO. 08-07-00108-CR FROM THE EIGHTH COURT OF APPEALS
## BEXAR COUNTY

**HOLCOMB, J., delivered the opinion of the unanimous Court.**

A Bexar County jury found Jesse Arocha guilty of burglary of a habitation under Texas Penal

Code § 30.02(a)(1) and (2). The trial court assessed Arocha's punishment at imprisonment for six

years, probated for six years, and a fine of $1,500.

Arocha filed a timely notice of appeal to the Fourth Court of Appeals. Shortly thereafter, the

Texas Supreme Court, acting pursuant to Texas Government Code Chapter 73, ordered Arocha's

case and twelve others transferred from the Fourth Court of Appeals to the Eighth Court of Appeals.

On direct appeal to the Eighth Court, Arocha argued, *inter alia*, that Texas Government Code

Chapter 73 was unconstitutional and that the Eighth Court therefore lacked jurisdiction of his case. The Eighth Court rejected Arocha's argument on the basis of procedural default. *Arocha v. State*, No. 08-07-0108-CR (Tex.App.–El Paso, June 30, 2009), slip op. at 12 & 16 (not designated for publication).

We granted Arocha's petition for discretionary review in order to determine whether the Eighth Court erred in its analysis. *See* Tex. R. App. Proc. 66.3(c). After reviewing the briefs of the parties and the relevant portions of the record, however, we conclude that our decision to grant Arocha's petition was improvident. Accordingly, we dismiss Arocha's petition. *See* Tex. R. App. Proc. 69.3.

DELIVERED JUNE 30, 2010

DO NOT PUBLISH